Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

Camden Division

| | |
|---|---|
| ROBERT STERLING DORSEY <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> Elizabeth Mohan(PHARMACIST),David Wilk (HEALTH SERVICE SUPERVISOR)David Ortiz (Warden)United States of America <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑Yes ☐No <br><br> R E C E I V E D <br><br> FEB 2 2 2022 <br><br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT STERLING DORSEY |
| Street Address | 5309 Cumberland St. |
| City and County | Capitol Heights |
| State and Zip Code | Md,20743 |
| Telephone Number | 2029400263 |
| E-mail Address | petedorsey4@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | ELIZABETH MOHAN |
| Job or Title (if known) | PHARMACIST |
| Street Address | 5756 Hartford & Pointsville rd. |
| City and County | Joint Base MDL |
| State and Zip Code | New Jersey 08640 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | David Wilk |
| Job or Title (if known) | Health Services Adminstrator |
| Street Address | 5756 Hartford & Pointsville rd |
| City and County | Joint Base MDL |
| State and Zip Code | New Jersey 08640 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | David Ortiz |
| Job or Title (if known) | warden |
| Street Address | 5756 Hartford &  Pointsville  Rd |
| City and County | Joint Base MDL |
| State and Zip Code | New Jersey 08640 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | United States of America |
| Job or Title (if known) | U.S. Attorney General |
| Street Address | 950 Pennsylvania avenue.NW |
| City and County | Washington |
| State and Zip Code | D.C.  20530-0001 |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    Robert  Dorsey    , is a citizen of the

State of *(name)*    Maryland    .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*    N/A    , is incorporated

under the laws of the State of *(name)*    N/A    ,

and has its principal place of business in the State of *(name)*

N/A    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*    Elizabeth Mohan    , is a citizen of

the State of *(name)*    . Or is a citizen of

*(foreign nation)*    .

2.    If the defendant is a corporation

The defendant, *(name)*    , is incorporated under

the laws of the State of *(name)*    , and has its

principal place of business in the State of *(name)*    .

Or is incorporated under the laws of *(foreign nation)*    ,

and has its principal place of business in *(name)*    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

$49,999.00

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*      11/18/2021      , at *(place)*    Fort Dix Building 5812                                                ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

E.Mohan was negligent when she failed to perform acts that a person of ordinary prudence.When she failed to provide ex-inmate with adequate medical care.Ms Mohan knowingly and intentionally gave my medically prescribed pain medication to another inmate.According to medical records i wasnt given the pain medication until over 30 days of past.Causing this inmate pain and suffering.Dr.Wilk failed to provide a proper investigation into this alleged misconduct by failing to follow adminstrative remedies procedures.When he never answered the bp-8 informal remedy.David Ortiz failed to reprimand for misconduct.Federal/State law prohibits transfer of this 🔳

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Failed to provide ex-inmate with the proper pain medication that was prescribed to inmate for pain caused my Covid 19 and plantar facisiltis.Inmate suffered for over a month because Mohan dispensed my medication to other indivuals who passed it around it other inmates.Inmate suffered with out this medication

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff is a former inmate that was released from federal prison.Inmate suffered for the amount of days in which he asked this honorable court for the sum of $49,999.00.To compensate for the pain and suffering caused by this pharmacist,a Bureau of Prisons employee.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              02/14/2022

Signature of Plaintiff

Printed Name of Plaintiff      Robert Dorsey

### B.      For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Page 5 of 5