*To refer & adopt earlier complaints by adding*
*( Amended to add Defendants )* *defendants*

# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

*Robert Sterling Dorsey II*

**COMPLAINT**

(Enter above the full name of the plaintiff in this action)

V. *Elizabeth mohan (pharmist)*
*David ortiz (warden)* *Tech*
*David Wilks (medical supervisor)*
*United States of America*

Civil Action No. # *22-0936*

(To be supplied by the Clerk of the Court)

RECEIVED

RECEIVED IN CHAMBERS OF

NOV 10 2022    NOV 10 2022

(Enter the full name of the defendant of defendants in this action) 8:30_____ RENÉE MARIE BUMB, U.S.D.J.

WILLIAM T. WALSH
CLERK

## INSTRUCTIONS; READ CAREFULLY

1.     This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.     In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.     You must provide the full name of each defendant or defendants and where they can be found.

4.     You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.     Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of    $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.     If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.     If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

_____   42 U.S.C. §1983 (applies to state prisoners)

__✓__   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

_✓_ Other: (please explain) *was released on 1/24/22*

2.  **Previously Dismissed Federal Civil Actions or Appeals**

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.  Parties to previous lawsuit:

Plaintiff(s): _____ *N/A* _____

_____

Defendant(s): _*N/A*_____

_____

b.  Court and docket number: _____ *N/A* _____

c.  Grounds for dismissal: ( )  frivolous  ( ) malicious

( )  failure to state a claim upon which relief
      may be granted

d.  Approximate date of filing lawsuit: _____ *N/A* _____

e.  Approximate date of disposition: _____ *N/A* _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.  Place of Present Confinement? _____ *Home* _____

4.  Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.  Name of plaintiff: *Robert S. Dorsey II* _____

Address: _5309 Cumberland St.    Capitol Heights, Md 205_

Inmate#: _____

b.   First defendant:

Name: _Elizabeth Mohan_

Official position: _(Pharmist Technian)_

Place of employment: _Fort Dix Federal Correctional Insth_

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_Violation of Inmate 8th amendment "deliberate indifference to serious medical needs of prisoners" constitutes cruel & unnecesary and wanton infliction of pain contrary to contemporary standard of decency". negligence_

c.   Second defendant:

Name: _David Wilk_

Official position: _"Medical Supervisor"_

Place of employment: _Federal Institution Fort Dix FCI_

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_Medical Supervisor failed to fully Investigate the allegations against subordinates never responded to administrative remedy, conspired with employees to violate inmate 8th amendment claim against medical needs, and deliberate indifference Failed to properly train & supervise subordinates._

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

_see Attached Sheet 4(d)_

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

✓ Yes    ____No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

*Inmate did followed all the administrative remedy steps 8, 9, 10, 11. FTCA was filed pursuant to 28 U.S.C. 1346, 2671-2... was denied at all levels.*

If your answer is "No," briefly explain why administrative remedies were not exhausted.

6.    Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

*On November 18, 2020 Elizabeth Mohan gave an unnamed Inmate, Plaintiff prescribed medication that to be used for pain associated with plantar fasciitis & covid 19. Plaintiff emailed health Services to no avail. This inmate was without pain medication and suffered for 30+ days. Plaintiff filed a BP8 which started the administrative remedy process.*

Plaintiff BP8 was never resolved or answered By David Wilk Health Service Supervisor. Plaintiff filed administrative remedy 8-11 was denied at all levels David Ortiz (warden) of Fort Dix at the time failed to conduct a full investigation into violations of inmates 8th amendment rights, deliberate indifference and negligence by B.O.P. staff. Thus making these 2 B.O.P. defendants in this Bivens case. The United States of America are the proper defendants when federal employees are accused of misconduct. This pursuant to the FTCA 21 U.S.C 1346, 2671-2680. The Bureau of Prisons are to report allegations to the Internal Affairs Office Office of the Inspector general failing to do so prevents this Plaintiff from exercising his right to due process

7.   Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

For relief this Plaintiff requests a sum of $49,999. for negligence, deliberate Indifference, of a due to perform a proper Investigation a violation of the 8th amendment right against cruel & unusual punishment

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

8.    Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _7th_ day of _November_ , 20_22_

_Robert S Day II_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

Attached Section #4(d) added Defendants to case #22-0936

2)name: David Ortiz
Official Position: Warden
Place Of Employment: Last Known FCI Fort Dlx
How is this person involved in the case?
David Ortiz failed to protect inmate 8th amendment rights against
deliberate indifference,failed to conduct a proper
investigation,negligence. *Failed to properly reprimand defendants conduct.*
3)name:United States of America
Official Position:Government Agency
Place of Employment:The United States of America (agency)
How is this person involved in the case?
The Federal Tort Claim Act(FTCA) the United States is the
governing body that is the defendants against liability from
Government employees,these employees are accused of
negligence and violation of the plaintiffs 8 amendments rights.The
above mentioned defendants are employed by the Bureau of
Prisons(BOP).Thus making the United States of America the
responsible party