IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ROBERT STERLING DORSEY, | CIV. NO. 22-936 (RMB-MJS) |
| Plaintiff, | **ORDER** |
| v. | |
| ELIZABETH MOHAN, et al., | |
| Defendants | |

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **11th day of July 2024**,

**ORDERED** that Defendants' motion to dismiss from Plaintiff's amended complaint all *Bivens* claims, and the claims under the Federal Tort Claims Act concerning the conduct of Defendants Jeffrey Wilk and Warden David Ortiz (Dkt. No. 29) for lack of jurisdiction is **GRANTED**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Opinion on Plaintiff by regular U.S. mail.

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge